UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAZEL MAE TURNER, ) | Case No.: 12-CV-06285-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING ORDER TO |
| v. ) | SHOW CAUSE HEARING |
| ) | |
| NATIONAL FEDERATION OF FEDERAL ) | |
| EMPLOYEES, and DOES 1 through 25, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On April 19, 2013, this Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute due to Plaintiff's failure to respond to Defendant's pending Motion to Dismiss. *See* ECF No. 13 ("OSC"). Plaintiff was ordered to file her response to the OSC by May 3, 2013. *Id.* The Court set a hearing on the OSC for May 8, 2013 at 2:00 P.M. *Id.* The Court advised Plaintiff that if Plaintiff failed to respond to the OSC and to appear at the May 8, 2013 hearing, the Court would dismiss Plaintiff's case without prejudice for failure to prosecute. *Id.*

On May 6, 2013, the Court received notice from Defense counsel that Plaintiff had emailed Defense counsel to request a 3 week continuance of the OSC hearing due to the fact that Plaintiff must obtain permission in order to leave Kern County and attend the hearing. The Court hereby CONTINUES the OSC hearing from May 8, 2013 to June 19, 2013, at 2:00 p.m. Plaintiff's

1

Case No.: 12-CV-06285-LHK
ORDER CONTINUING ORDER TO SHOW CAUSE HEARING

deadline to respond is also extended from May 3, 2013 to June 12, 2013.  This Order does not authorize Plaintiff to file an untimely Opposition to Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: May 6, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge